IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NEILWOLDMAN, individually and on behalf of all similarly-situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICOLOR, LLC., PAUL HERSCHKOWITZ, MATTHEW HERSCHKOWITZ, and KORY HERSCHKOWITZ, individually | ) ) ) ) ) | NO. 3:18-cv-00151<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE<br>HOLMES |
| Defendants. | ) ) | |
| AMERICOLOR, LLC., PAUL HERSCHKOWITZ, MATTHEW HERSCHKOWITZ, and KORY HERSCHKOWITZ, individually | ) ) ) ) ) | |
| Third-Party Plaintiffs | ) ) | |
| v. | ) ) | |
| PAYCHEX PEO, II, LLC and ADP TOTALSOURCE, INC., | ) ) ) | |
| Third-Party Defendants. | ) | |

## ORDER

Pending before the Court is Third-Party Defendant Paychex PEO, II, LLC ("Paychex")'s Motion to Dismiss the Third-Party Complaint (Doc. No. 33) and Plaintiff's Motion for Conditional Certification, Approval of 29 U.S.C. § 216(b) Notice and Consent Forms, and to Order Disclosure of Contact Information for Current and Former Employees (Doc. No. 41). For the reasons set forth in the accompanying Memorandum, the Court **GRANTS** Third-Party Defendant Paychex's Motion to Dismiss and the third-party complaint against Paychex is **DISMISSED WITH**

1

**PREJUDICE**. The Court **GRANTS** Plaintiff's Motion for Conditional Certification, Approval of 29 U.S.C. § 216(b) Notice and Consent Forms, and to Order Disclosure of Contact Information for Current and Former Employees. The parties shall also comply with the Court's additional orders regarding the disclosure of contact information and notice and consent forms set forth in the accompanying Memorandum.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE